

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Ambartsum Moskovian<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-cr-113-MWF<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

    Upon motion of ___Defendant_____, IT IS ORDERED that a detention hearing is set for _Tuesday, April 26_____, _2022_____, at _11:00____ ☒a.m. / ☐p.m. before the Honorable _Margo A. Rocconi_____, in Courtroom _790_____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
    *(Other custodial officer)*

Dated: __4/22/22_____       _____
                                                    Margo A. Roconi
                                                    U.S. Magistrate Judge